**FILED**

'AUG 0 7 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

Steve M. Tolbert
_____
Plantiff,

COMPLAINT

Case No. 5:19-CT-3234

vs.

N.C.D.P.S. "Facilities"
(Central Prison, Pasquotank,
Lansboro, Mountain View,
Avery Mitchell Corr. Inst's
_____
Defendant(s).

---

## A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C.§1983

_____ 42 U.S.C. §1985

_____ Other (Please specify)_____

## B. PARTIES

1. Name of Plaintiff: Steve M. Tolbert Opus#0409607
   Address: Warren Correctional Institution
   Post Office Box 728
   Nodina, N.C. 27563

2. Name of Defendant: North Carolina Dept. of Public Safety
   Address: Prison's/medical Services Division
   831 W. Morgan St.
   Raleigh, N.C. 27603-1659

Is employed as Medical Services at N.C.D.P.S.
                (Position/Title)         (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain:

The defendants were contracted by the state to assess, and treat injuries including preforming surgery, rehabing, and periodic check ups.

3. Name of Defendant: N.C. P.S. Prison's & Medical Services
   Address: 831 W. Morgan St.
            Raleigh, N.C. 27603-1459

   Is employed as _Medical Services_ at _N.C.D.P.S._
                  (Position/Title)         (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO _____, if "YES" briefly explain:

   _____
   _____
   _____

4. Name of Defendant:_____
   Address: _____
            _____
            _____
            _____

   Is employed as _____ at _____
                  (Position/Title)         (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO _____, if "YES" briefly explain:

   _____
   _____
   _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

I was diagnosed with an feet problem called an dorsel bunyon, and was seen by medical staff only after the issue had progressed to point where I could not walk. And still went months until any surgery or corrective procedure was done. At the end I was then given and surgery in which the implant was incorrectly inserted thus causing greater in[fu]ri, and pain

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: 8th Amendment Deliberate Indifference

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

The defendant would not treat my injury instead giving me Ibuprphen for pain for 5 years. Finally when I wasn't able to walk I was diagnosed with dorsel bunyons.

b. (1) Count 2: Corrected Based surgered 8th Amendment

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

I was given an surgery to correct the issue and it was placed incorrectly thus cousing further pain to the feet, and now the other foot is becoming inflamed I'm scared to get another surgery by these surgeons

## E. INJURY

How have you been injured by the actions of the defendant(s)?

I was not treated for 5 years, as I complained via sick calls of pain, and only given tylonol. This went on until it got so bad I couldn't walk. At this point I was finally diagnosed with Dorsel bunyons. I was given corrective surgery after 5 years. But it was done wrong causing further injury. I fear receiving treatment

## F.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?        YES _____        NO  ✓___

If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1.  Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____


2.  Name of court and case or docket number:

_____

3.  Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4.  Issued raised:

_____

_____

_____

5.  When did you file the lawsuit?_____
                                    Date: Month/Year

6.  When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?  YES __✓__  NO _____

If your answer is "YES" briefly describe how relief was sought and the results.  If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

I am seeking 7 million dollars in punitive damages
due to the blantant disregard for the underlying injury,
Compensatory Damages for the surgery, and competent
surgeon's to do corrective surgery for the improper
procedure, and my opposite foot treated by the same
surgeon.

_____

JURY TRIAL REQUESTED     YES ✓     NO _____


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C. §1621.


Executed at __Warren Corr. Inst.__ on __July 25, 2019__ .

      (Location)                          (Date)


__Steve M Tolbert__
_____

Signature

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

North Carolina Department of Public Safety
Prison's Division
831 West Morgan Street
Raleigh, North Carolina, 27603-1659

This the 26 day of July , 20 19 .


Stove M Talut
Signature

Steve M. Tolbert
(Print Name)